# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | )   3:11-cr-00090-HDM-(VPC)<br>) |
| JOSEPH JORDAN DESJARDINS, | )<br>) |
| Defendant. | )<br>) |

### ORDER

Because the Indictment in this matter has been dismissed by the Court, and good cause appearing, therefore,

IT IS ORDERED that the arrest warrant associated with the Indictment shall be QUASHED.

DATED this 11th day of October, 2011.

_____
SENIOR UNITED STATES DISTRICT JUDGE